NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SARAH F. CLAY,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2205

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-4012, Judge Joseph L. Falvey, Jr..

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                              CLAY V. MCDONOUGH

accordance with the rules.

                                               FOR THE COURT

November 17, 2023
         Date                       /s/ Jarrett B. Perlow
                                    Jarrett B. Perlow
                                    Clerk of Court


**ISSUED AS A MANDATE:** November 17, 2023